# UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT

BILL OF COSTS

C.A. 13-2242 & 14-3421

Caption: Gibbs v. Bartkowski

| Cost Taxable | AMOUNT REQUESTED | | | | | | | COST ALLOWED To be Completed by Clerk |
|---|---|---|---|---|---|---|---|---|
| | No. of Copies | Pages per Copy | Cost Per Page | Cost Per Binding | Cost Per Cover | Sales Tax | Total Cost | |
| Docketing Fee $450.00 | | | | | | | | |
| Brief | 9 | | | | | | $100.35 | |
| Reply Brief | 9 | | | | | | $24.03 | |
| Appendix | 6 | | | | | | $172.80 | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | TOTAL | $297.18 | $ |

Brief Produced by Reproduction: ☐           Brief Produced by Photocopy: ☒
                                              In House:       ☐
                                              Commercial:     ☒

**Unless document was produced by in house photocopy, receipts must be attached.**

I, Richard H. Frankel, do hereby declare under the penalty of perjury that the foregoing costs are true and correct and were necessarily and actually incurred in this action.

/s/ Richard H. Frankel                          4/28/15
Signature                                        Date
Attorney for: Appellant Carnell Gibbs

**A certificate of service must accompany this form.**

**For Court Use Only**

After review, it is ordered that costs will be taxed in the amount of $ _____.

Marcia M. Waldron, Clerk

By: _____                           Date: _____
    Deputy Clerk

Nos. 13-2242 & 14-3421

_____

UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT

_____

CARNELL GIBBS,

Appellant,

v.

GREG BARTKOWSKI, *et al.*,

Appellees.

_____

**APPELLANT'S MOTION AND EXHIBITS
IN SUPPORT OF BILL OF COSTS**

Pursuant to Federal Rule of Appellate Procedure and Third Circuit Local Rule 39, Appellant Carnell Gibbs, through counsel, provides the following information and exhibits in support of his bill of costs in the amount of $297.18. On April 17, 2015, this Court issued a judgment order vacating the dismissal of Mr. Gibbs's habeas corpus petition as untimely, finding the petition to be timely, and remanding to the district court for further proceedings.

1. Appellant incurred costs with respect to the printing of the Appellant's Opening Brief, the Appendix, and Appellant's Reply Brief. Appellant's Opening Brief, which included Volume 1 of the Appendix pursuant to Third Circuit Rule

32.2(c), totaled 152 pages, had blue front and back covers, and was spiral bound. *See* Printing Bill dated January 20, 2015. Although the brief totaled 152 pages, 46 pages were an inadvertent duplication of Volume 1 Appendix materials for which Appellants do not seek reimbursement. Appellant printed 12 copies of the Opening Brief for a total cost of $189.00. *Id.* The cost per brief therefore was $15.75. Subtracting $4.60 from the total cost of the brief for the 46 duplicate pages at a maximum cost of $.10 per page yields a cost per brief of $11.15. This is within the maximum allowable limits set by Local Rule 39.3(c). Appellant printed 12 copies of the brief, but seeks costs for only 9 copies – seven copies for the court, plus one copy for each party separately represented. 9 copies multiplied by $11.15 yields costs of $100.35.

    2. Appellant incurred costs with respect to the printing of Volume 2 of the Appendix. Volume 2 of the Appendix totaled 360 pages, had white front and back covers, and was spiral bound. *See* Printing Bill dated January 16, 2015. Appellant printed 7 copies of the Appendix for a total cost of $201.60. *Id.* The cost per copy therefore was $28.80. Dividing that number by 360 pages yields a cost per page of $.08, not counting the costs of the covers or spiral binding. This is within the limits set by Local Rule 39.3(c). Appellant printed 7 copies of the Appendix, but seeks

costs for only 6 copies – four copies for the court, plus one copy for each party separately represented. 6 copies multiplied by $28.80 yields costs of $172.80.

3. Appellant incurred costs with respect to the printing of the Appellant's Reply Brief. Appellant's Reply Brief, totaled 8 pages, had gray front and back covers, and was spiral bound. *See* Printing Bill dated March 4, 2015. Appellant printed 12 copies of the Reply Brief for a total cost of $26.74. *Id.* The cost per brief therefore was $2.67. This is within the maximum allowable limits set by Local Rule 39.3(c). Appellant printed 12 copies of the brief, but seeks costs for only 9 copies – seven copies for the court, plus one copy for each party separately represented. 9 copies multiplied by $2.67 yields costs of $24.03.

4. Therefore, the compensable costs incurred by Appellant were $100.35 + $172.80 + $24.03 for a total of $297.18.

5. An award of costs is justified in this matter. After Appellant filed his opening brief and Appendix, the Appellee filed a response brief in which it agreed with Appellant that the district court erroneously dismissed Appellant's petition as time-barred and that Appellant's petition was timely.

6. Additionally, counsel for Appellant contacted counsel for Appellee several times prior to the filing of Appellant's Opening Brief and Appendix to explain Appellant's position and to see if the case could be resolved prior to

incurring the costs of printing the Appellant's Opening Brief and Appendix. However, Appellee did not respond to Appellant's request prior to the filing of the Opening Brief and Appendix and instead chose to file its own brief in which it agreed with Appellant's argument that the petition was timely. Thus, Appellant made diligent and good-faith efforts to avoid incurring the costs that for which it now seeks reimbursement.

        Respectfully submitted,

        /s/ Richard H. Frankel
        Richard H. Frankel (Pa. Bar No. 310258)
        Mina Khalil, *Student Counsel*
        Christopher Bailes, *Student Counsel*
        Appellate Litigation Clinic
        Drexel University School of Law
        3320 Market Street
        Philadelphia, PA 19104
        (215) 571-4807
        *Counsel for Appellant*

Dated: April 28, 2015

# The Paper Chase Receipt

| | | | |
|---|---|---|---|
| Today's Date | Jan 20, 2015 | Due Date | Jan 20, 2015 |
| Department | Earle Mack School of Law | Acct. No. | 110001 - 3440 |
| Contact Name | Richard Frankel | Ext. | 571-4807 |
| Job Number | 260690 | Total | $189.00 |

## DIGITAL PRINTING

**Job Title:** Gibbs v Bartkowski (13-2242 & 14-3421) (BLUE)

**Document Description:** Twelve sets off 106pp s/s, 46pp d/s, 1pp copied and hand inserted, printed blue cover, and blue backer, spiral bound
10% volume discount

No. Copies: 12    Prints: ___    Sided: ___

20#    Ink Colors: ___

## FINISHING SERVICES

**Copying Preparations** | **Copying Accessories** | **GBC Size** | **Clear Front Covers** | **Back Covers**

**Hand Placements** | | | ☐ Yes ☒ No | **Brights**

- ☐ Collate
- ☐ Uncollated
- ☐ Hand Collate
- ☐ Pad

- ☐ Chipboard
- ☐ Rubberbanding
- ☐ Trim    # of Cuts
- ☐ Machine Staple

- ☐ Hand Staple
- ☐ SaddleStitch
- ☐ Machine Fold
- ☐ Hand Fold

- ☐ Hand Stuff
- ☐ Fold & Stuff
- ☒ 3 Hole Drill
- ☐ Wafer Seal

### Mailing Instructions

**Inter-Office**
☐ Stuff  ☐ Label

**Labels Supplied By:**
☐ Customer  ☐ Other
☐ P&MS

Labels: ___

### U.S. Postal

☐ Stuff       ☐ 2nd Class
☐ 1st Class   ☐ 3rd Class

**Check Requested**    **Postal Request Date**
☐ Yes  ☐ No

**Check Requested By:**    **Check Amount**
☐ P&MS
☐ Customer

### Delivery Instructions:

Carrier: ___    Deliver to: ___

Confirmation No.: ___

Ship Date: ___

Signee: name in block: ___

| | | |
|---|---|---|
| Today's Date | Jan 16, 2015 | Due Date　Jan 20, 2015 |
| Department | Earle Mack School of Law | Acct. No.　110001 - 3440 |
| Contact Name | Richard Frankel | Ext.　571-4807 |
| Job Number | 260685 | Total　$201.60 |

## DIGITAL PRINTING

| | |
|---|---|
| Job Title | Gibbs v Bartkowski (13-2242 & 14-3421) (White) |
| Document Description | Seven sets off 360pp. d/s b/w on 20lb and b/w s/s white blue cover, and white backer, spiral bound<br>10% volume discount |

No. Copies   7   Prints ____ Sided ____

20#

Ink Colors

### FINISHING SERVICES

| Copying Preparations | Copying Accessories | GBC Size | Clear Front Covers | Back Covers |
|---|---|---|---|---|
| | | | ☐ Yes ☒ No | |
| ☐ Collate | ☐ Chipboard | | ☐ Hand Staple | ☐ Hand Stuff |
| ☐ Uncollated | ☐ Rubberbanding | | ☐ SaddleStitch | ☐ Fold & Stuff |
| ☐ Hand Collate | ☐ Trim ___ # of Cuts | | ☐ Machine Fold | ☒ 3 Hole Drill |
| ☐ Pad | ☐ Machine Staple | | ☐ Hand Fold | ☐ Wafer Seal |

**Mailing Instructions**

Inter-Office ☐ Stuff ☐ Label

Labels Supplied By: ☐ Customer ☐ Other ☐ P&MS

Labels: ..........................

**U.S. Postal**

☐ Stuff ☐ 2nd Class
☐ 1st Class ☐ 3rd Class

Check Requested ☐ Yes ☐ No

Check Requested By: ☐ P&MS ☐ Customer

Postal Request Date ____

Check Amount ____

**Delivery Instructions:**

Carrier: ____

Ship Date: ____

Deliver to: ____

Confirmation No. ____

Signee: name in block: ..........................

# The Paper Chase Receipt

| | | | |
|---|---|---|---|
| Today's Date | **Mar 4, 2015** | Due Date | **Mar 4, 2015** |
| Department | **Earle Mack School of Law** | Acct. No. | **110001 - 3440** |
| Contact Name | **Richard Frankel** | Ext. | **571-4807** |
| Job Number | **260878** | Total | **$26.74** |

## DIGITAL PRINTING

**Job Title:** Gibbs v Bartkowski (13-2242 & 14-3421) [Gray]

**Document Description:** Ten sets off 8pp s/s, printed gray cover, and gray backer, spiral bound

**No. Copies** 10    **Prints** ____    **Sided** ____

**20#**

**Ink Colors**

## FINISHING SERVICES

**Copying Preparations** | **Copying Accessories** | **GBC Size** | **Clear Front Covers** ☐ Yes ☒ No | **Back Covers** Brights

- ☐ Collate
- ☐ Uncollated
- ☐ Hand Collate
- ☐ Pad
- ☐ Chipboard
- ☐ Rubberbanding
- ☐ Trim  # of Cuts
- ☐ Machine Staple
- ☐ Hand Staple
- ☐ SaddleStitch
- ☐ Machine Fold
- ☐ Hand Fold
- ☐ Hand Stuff
- ☐ Fold & Stuff
- ☒ 3 Hole Drill
- ☐ Wafer Seal

**Mailing Instructions**

Inter-Office
☐ Stuff ☐ Label

Labels Supplied By:
☐ Customer ☐ Other
☐ P&MS

Labels:

**U.S. Postal**
☐ Stuff ☐ 2nd Class
☐ 1st Class ☐ 3rd Class

Check Requested     Postal Request Date
☐ Yes ☐ No

Check Requested By:     Check Amount
☐ P&MS
☐ Customer

**Delivery Instructions:**     **Deliver to:**
Carrier:
           Confirmation No.
Ship Date:

Signee: name in block:..........................................................

# **CERTIFICATE OF SERVICE**

I hereby certify that on April 28, 2015, I served one copy of the foregoing Appellant's Bill of Costs and Motion and Exhibits in Support of Bill of Costs, via this Court's ECF filing system, on the following:

Mario Formica, Esq.
John Santoliquido, Esq.
Atlantic City Prosecutors Office
4997 Unami Boulevard
P.O. Box 2002
Mays Landing, NJ 08330

/s/ Richard Frankel